JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JAN 22 2008

FILED CLERK'S OFFICE

6

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

FILED
FEB 12 2008
CLERK'S OFFICE
DETROIT

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-13)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 287 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

FEB - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

## SCHEDULE CTO-13 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| CALIFORNIA EASTERN | |
| CAE 2 07-2743 | Rocky Bland v. C.R. Bard, Inc., et al. |
| ILLINOIS NORTHERN | |
| ILN 1 07-6885 | Ernest Burge, et al. v. Davol, Inc., et al. |
| KANSAS | |
| KS 2 07-2569 | Erma Lee Ellis v. Davol, Inc., et al. |
| MICHIGAN EASTERN | |
| MIE 2 07-15310 | Robert D. Hicks v. C.R. Bard, Inc., et al. |
| MINNESOTA | |
| MN 0 07-4871 | John E. Walters v. Davol, Inc., et al. |
| MN 0 07-4952 | Ruth E. Permann v. Davol, Inc., et al. |
| NEW JERSEY | |
| NJ 2 07-5928 | Brian Albert Adkins v. Davol, Inc., et al. |
| NJ 2 07-6019 | Douglas R. Morris v. Davol, Inc., et al. |
| NEW YORK EASTERN | |
| NYE 1 07-5165 | Richard Brill, et al. v. Davol, Inc., et al. |
| OHIO NORTHERN | |
| OHN 3 08-49 | Margaret Sheets v. Davol, Inc., et al. |
| PENNSYLVANIA EASTERN | |
| ~~PAE 2 07-5117~~ | ~~Pamela Fay Hopkins, etc. v. C.R. Bard, Inc., et al.~~ Vacated 2/1/08 |
| TEXAS NORTHERN | |
| TXN 3 07-2075 | Hazel Nevil v. Davol, Inc., et al. |
| TEXAS SOUTHERN | |
| TXS 2 07-463 | Maria Huerta v. C.R. Bard, Inc., et al. |
| TXS 4 07-4110 | Donald G. Johnson v. Davol, Inc., et al. |
| TXS 4 07-4142 | Donna W. Alvarez v. Davol, Inc., et al. |
| TXS 4 07-4143 | Kenneth D. Andrews v. Davol, Inc., et al. |
| TXS 4 07-4144 | Kathryn D. Bailey v. Davol, Inc., et al. |
| TXS 4 07-4145 | James Roger Banks v. Davol, Inc., et al. |
| TXS 4 07-4146 | William John Bodnar v. Davol, Inc., et al. |
| TXS 4 07-4147 | Melody A. Brown v. Davol, Inc., et al. |

**MDL No. 1842 - Schedule CTO-13 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| TXS | 4 | 07-4148 | Alice Marie Bustamante v. Davol, Inc., et al. |
| TXS | 4 | 07-4149 | David N. Camarote v. Davol, Inc., et al. |
| TXS | 4 | 07-4150 | Anthony J. Dabo, Jr. v. Davol, Inc., et al. |
| TXS | 4 | 07-4151 | Andrea Dianne Dawkins v. Davol, Inc., et al. |
| TXS | 4 | 07-4174 | Louis J. Andelmo v. Davol, Inc., et al. |
| TXS | 4 | 07-4175 | Margaret E. Belk v. Davol, Inc., et al. |
| TXS | 4 | 07-4176 | Michael Bolton v. Davol, Inc., et al. |
| TXS | 4 | 07-4178 | Asha Z. Bowen v. Davol, Inc., et al. |
| TXS | 4 | 07-4179 | Leesa K. Bristow v. Davol, Inc., et al. |
| TXS | 4 | 07-4180 | Terri Ann Bruce v. Davol, Inc., et al. |
| TXS | 4 | 07-4182 | Norman Thomas Cartright v. Davol, Inc., et al. |
| TXS | 4 | 07-4184 | Andy Cordova v. Davol, Inc., et al. |
| TXS | 4 | 07-4186 | Barbara A. Cornell v. Davol, Inc., et al. |
| TXS | 4 | 07-4190 | Victoria L. Chavez v. Davol, Inc., et al. |
| TXS | 4 | 07-4191 | Robert Lyn Kearney v. Davol, Inc., et al. |
| TXS | 4 | 07-4192 | Dianna R. Kelley v. Davol, Inc., et al. |
| TXS | 4 | 07-4193 | Valorie Dean Kelly v. Davol, Inc., et al. |
| TXS | 4 | 07-4195 | Peggy O'Neill Little v. Davol, Inc., et al. |
| TXS | 4 | 07-4196 | Gilbert Jeffrey Lyons v. Davol, Inc., et al. |
| TXS | 4 | 07-4197 | Elaine Dorothy Madira v. Davol, Inc., et al. |
| TXS | 4 | 07-4198 | Winnie Maye McCartney v. Davol, Inc., et al. |
| TXS | 4 | 07-4199 | Kathy A. Patterson v. Davol, Inc., et al. |
| TXS | 4 | 07-4200 | Sarah L. Whitmore v. Davol, Inc., et al. |
| TXS | 4 | 07-4205 | Patty Lou Scott v. Davol, Inc., et al. |
| TXS | 4 | 07-4206 | Michael Ruggles v. Davol, Inc., et al. |
| TXS | 4 | 07-4207 | Deborah Lynn Romero v. Davol, Inc., et al. |
| TXS | 4 | 07-4208 | Eleanor Ruth Reynolds v. Davol, Inc., et al. |
| TXS | 4 | 07-4210 | Joeanne Reed v. Davol, Inc., et al. |
| TXS | 4 | 07-4211 | Rachel Ramos v. Davol, Inc., et al. |
| TXS | 4 | 07-4212 | Marvin E. Parker v. Davol, Inc., et al. |
| TXS | 4 | 07-4213 | Connie Mae Painter v. Davol, Inc., et al. |
| TXS | 4 | 07-4214 | Pauline B. Murrell v. Davol, Inc., et al. |
| TXS | 4 | 07-4215 | Rose Maria Miller-Consoli v. Davol, Inc., et al. |
| TXS | 4 | 07-4216 | Phyllis J. Miller v. Davol, Inc., et al. |
| TXS | 4 | 07-4217 | Rebecca Joanne McCormick v. Davol, Inc, et al. |
| TXS | 4 | 07-4218 | Neva Leann Shortnacy-Jackson v. Davol, Inc., et al. |
| TXS | 4 | 07-4219 | Deborah Martina Spicer-Yates v. Davol, Inc., et al. |
| TXS | 4 | 07-4220 | Camille Nicole Thompson v. Davol, Inc., et al. |
| TXS | 4 | 07-4221 | Patsy A. Tucker v. Davol, Inc., et al. |
| TXS | 4 | 07-4223 | Ruby M. Vines v. Davol, Inc., et al. |
| TXS | 4 | 07-4224 | Brenda E. Vogan v. Davol, Inc., et al. |
| TXS | 4 | 07-4225 | Richard Lee Wahl v. Davol, Inc., et al. |
| TXS | 4 | 07-4226 | Monty R. Wallace v. Davol, Inc., et al. |
| TXS | 4 | 07-4227 | Thomas H. Walsh v, Davol, Inc., et al. |
| TXS | 4 | 07-4228 | Tina Lee Ward v. Davol, Inc., et al. |
| TXS | 4 | 07-4229 | Tamala Christine Wilson v. Davol, Inc., et al. |

## MDL No. 1842 - Schedule CTO-13 Tag-Along Actions (Continued)

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| TXS | 4 | 07-4230 | Dan Lewis Zachariah v. Davol, Inc., et al. |
| TXS | 4 | 07-4231 | Lori J. Johnson v. Davol, Inc., et al. |
| TXS | 4 | 07-4232 | Tasha D. Hansard v. Davol, Inc., et al. |
| TXS | 4 | 07-4233 | Marcia Lou Glascock v. Davol, Inc., et al. |
| TXS | 4 | 07-4234 | Theresa Garza v. Davol, Inc., et al. |
| TXS | 4 | 07-4235 | Marie Frank v. Davol, Inc., et al |
| TXS | 4 | 07-4236 | Kyle E. Ferdig v. Davol, Inc., et al. |
| TXS | 4 | 07-4237 | Bonnie Lou Farmer, etc. v. Davol, Inc., et al. |
| TXS | 4 | 07-4239 | Ricky Eugene Earnhardt v. Davol, Inc., et al. |
| TXS | 4 | 07-4240 | Kimberlee H. Dean v. Davol, Inc., et al. |
| TXS | 4 | 07-4252 | Guadalupe V. Gonzalez v. Davol, Inc., et al. |
| TXS | 4 | 07-4254 | Karen L. Gates v. Davol, Inc., et al. |
| TXS | 4 | 07-4256 | Romualdo Vences Gama v. Davol, Inc., et al. |
| TXS | 4 | 07-4257 | Katherine Margaret Dunn v. Davol, Inc., et al |
| TXS | 4 | 07-4259 | William N. DeBoard v. Davol, Inc., et al. |
| TXS | 4 | 07-4261 | Kelli M. Cecil v. Davol, Inc., et al. |
| TXS | 4 | 07-4263 | Joe Lewis Brown v. Davol, Inc., et al. |
| TXS | 4 | 07-4265 | Miron D. Bristow v. Davol, Inc., et al. |
| TXS | 4 | 07-4300 | Travis W. Harris, Jr. v. Davol, Inc., et al. |
| TXS | 4 | 07-4301 | Mark A. Woods v. Davol, Inc., et al. |
| TXS | 4 | 07-4302 | Gar[illegible] A. [illegible], Sr. v. Davol, Inc., et al. |
| TXS | 4 | 07-4303 | Ton[illegible] v. Davol, Inc., et al. |
| TXS | 4 | 07-4304 | Carl [illegible] Scott v. Davol, Inc., et al. |
| TXS | 4 | 07-4305 | Brent S. Rice v. Davol, Inc., et al. |
| TXS | 4 | 07-4306 | Pamela Ruth Parker v. Davol, Inc., et al |
| TXS | 4 | 07-4310 | Melissa Kaye Neeley v. Davol, Inc., et al. |
| TXS | 4 | 07-4311 | Bruce Everette Morrison v. Davol, Inc., et al. |
| TXS | 4 | 07-4312 | Roger W. Maupin v. Davol, Inc., et al. |
| TXS | 4 | 07-4313 | William O. King v. Davol, Inc., et al. |
| TXS | 4 | 07-4314 | Robert Scott Jones v. Davol, Inc., et al. |
| TXS | 4 | 07-4317 | Delores R. Curry v. Davol, Inc., et al. |
| TXS | 4 | 07-4318 | Sondra Lee Ditty v. Davol, Inc., et al. |
| TXS | 4 | 07-4319 | Kennetb M. Garofono v. Davol, Inc., et al. |
| TXS | 4 | 07-4321 | Joseph Daniel Harb v. Davol, Inc., et al. |
| TXS | 4 | 07-4322 | Carl James Johnson v. Davol, Inc., et al. |
| TXS | 4 | 07-4323 | Jeffrey M. Knisbacher v. Davol, Inc., et al. |
| TXS | 4 | 07-4324 | Nadean K. Kovarik v. Davol, Inc., et al. |
| TXS | 4 | 07-4333 | Frances Althea Vickery v. Davol, Inc., et al. |
| TXS | 4 | 07-4334 | Marty D. Tolen v. Davol, Inc., et al. |
| TXS | 4 | 07-4335 | Kate Katherine Taylor v. Davol, Inc., et al. |
| TXS | 4 | 07-4336 | Lucille C. Smith v. Davol, Inc., et al. |
| TXS | 4 | 07-4337 | Kim Catlett v. C.R. Bard, Inc., et al. |
| TXS | 4 | 07-4338 | Marilyn A. Samet v. Davol, Inc., et al. |
| TXS | 4 | 07-4339 | Douglas A. Salomon v. Davol, Inc., et al. |
| TXS | 4 | 07-4341 | Cora L. Metcalf v. Davol, Inc., et al. |
| TXS | 4 | 07-4343 | Evangeline H. Mercadel v. Davol, Inc., et al. |

**MDL No. 1842 - Schedule CTO-13 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| TXS | 4 | 07-4344 | Julie Diane Martin v. Davol, Inc., et al |
| TXS | 4 | 07-4345 | Dixie Anne Lee, etc. v. Davol, Inc., et al |
| TXS | 4 | 07-4346 | Debbie Lynn Wagner v. Davol, Inc., et al. |
| TXS | 4 | 07-4347 | Scott David Montague v. Davol, Inc., et al |
| TXS | 4 | 07-4348 | Paul E. Lang, Sr. v. Davol, Inc., et al |
| TXS | 4 | 07-4349 | Beverlyl Ruth Learn v. Davol, Inc., et al |
| TXS | 4 | 07-4350 | Mary Jane Maciel v. Davol, Inc., et al. |
| TXS | 4 | 07-4351 | Richard Jay Martin v. Davol, Inc., et al. |
| TXS | 4 | 07-4352 | Betty Jo McCrorie v. Davol, Inc., et al |
| TXS | 4 | 07-4353 | Jesse A. Moore v. Davol, Inc., et al. |
| TXS | 4 | 07-4354 | Paul F. Nystrom v. Davol, Inc., et al |
| TXS | 4 | 07-4358 | Virginia L. Olsen v. Davol, Inc., et al |
| TXS | 4 | 07-4359 | Barbara Jean Petry v. Davol, Inc., et al. |
| TXS | 4 | 07-4360 | Shannon Philburn v. Davol, Inc , et al. |
| TXS | 4 | 07-4361 | Cherie Borst Stockard v. Davol, Inc., et al |
| TXS | 4 | 07-4362 | Remigio B. Troya v. Davol, Inc., et al. |
| TXS | 4 | 07-4363 | Morris R. Weibel v. Davol, Inc., et al |
| TXS | 4 | 07-4364 | Brianna M. West v. Davol, Inc., et al |
| TXS | 4 | 07-4365 | Barbara Jean Wright v. Davol, Inc . et al |
| TXS | 4 | 07-4366 | Karl A. Younger v. Davol, Inc , et al. |
| TXS | 4 | 07-4367 | Christopher [illegible] v. [illegible], Inc., et al. |
| TXS | 4 | 07-4368 | [illegible] M. Beaudoin v. Davol, Inc., et al. |
| TXS | 4 | 07-4369 | Deborah Jane Bilfrey v. Davol, Inc., et al. |
| TXS | 4 | 07-4370 | Mary Jane Bohm v. Davol, Inc., et al. |
| TXS | 4 | 07-4371 | Ella Mae Christensen v. Davol, Inc., et al. |
| TXS | 4 | 07-4373 | Jim Edward Curtis v. Davol, Inc., et al |
| TXS | 4 | 07-4374 | Reda M. Dailey v. Davol, Inc., et al. |
| TXS | 4 | 07-4375 | Barbara A. Dockery v. Davol, Inc., et al |
| TXS | 4 | 07-4376 | Lewis W. Harris v. Davol, Inc., et al. |
| TXS | 4 | 07-4378 | Todd R. Johnson v. Davol, Inc , et al |
| TXS | 4 | 07-4379 | Noe C. Juarez v. Davol, Inc., et al. |
| TXS | 4 | 07-4380 | James Sterling Mullen v. Davol, Inc., et al. |
| TXS | 4 | 07-4381 | Rosalie O'Leary v. Davol, Inc., et al. |
| TXS | 4 | 07-4382 | John E. Palmer v Davol, Inc., et al |
| TXS | 4 | 07-4384 | Ralph L. Parks v. Davol, Inc., et al. |
| TXS | 4 | 07-4385 | Leora J. Powell v. Davol, Inc , et al. |
| TXS | 4 | 07-4386 | Ronald Michael Rosa v. Davol, Inc., et al |
| TXS | 4 | 07-4387 | John Howard Russell v. Davol, Inc., et al. |
| TXS | 4 | 07-4389 | Stanley Ray Slone v. Davol, Inc., et al |
| TXS | 4 | 07-4390 | James E. Smiley v. Davol, Inc., et al. |
| TXS | 4 | 07-4391 | Vernon G. Stewart v. Davol, Inc., et al. |
| TXS | 4 | 07-4393 | Sharon D. Thomas-Stewart v. Davol, Inc., et al. |
| TXS | 4 | 07-4395 | Clinton E. Piper v. Davol, Inc., et al. |
| TXS | 4 | 07-4397 | Mary C. Chennault v. Davol, Inc., et al. |
| TXS | 4 | 07-4398 | Inta Meya v. Davol, Inc., et al. |
| TXS | 4 | 07-4400 | Juan M. Ballesteros v Davol, Inc., et al. |

**MDL No. 1842 - Schedule CTO-13 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TXS 4 07-4401 | Joyce Arnesen v. Davol, Inc., et al. |
| TXS 4 07-4402 | Jeri Burger v. Davol, Inc., et al. |
| TXS 4 07-4403 | Vera Clay v. Davol, Inc., et al. |
| TXS 4 07-4404 | William Doug Devine v. Davol, Inc., et al. |
| TXS 4 07-4405 | Barbara Durst v. Davol, Inc., et al. |
| TXS 4 07-4406 | Roseann Eldred v. Davol, Inc., et al. |
| TXS 4 07-4407 | Mashell Garrett v. Davol, Inc., et al. |
| TXS 4 07-4408 | Davida Gavin v. Davol, Inc., et al. |
| TXS 4 07-4410 | Frank Getcy, Jr. v. Davol, Inc., et al. |
| TXS 4 07-4411 | Claude Honeycutt v. Davol, Inc., et al. |
| TXS 4 07-4412 | Lynne Huerta v. Davol, Inc., et al. |
| TXS 4 07-4414 | Rex Lee v. Davol, Inc., et al. |
| TXS 4 07-4416 | Cheryl Light v. Davol, Inc., et al. |
| TXS 4 07-4418 | Janet Loose v. Davol, Inc., et al. |
| TXS 4 07-4419 | Randal McQuiller v. Davol, Inc., et al. |
| TXS 4 07-4420 | Mary Nichols v. Davol, Inc., et al. |
| TXS 4 07-4421 | Rickie Patton v. Davol, Inc., et al. |
| TXS 4 07-4422 | Patricia Peters v. Davol, Inc., et al. |
| TXS 4 07-4423 | Mary Polacek v. Davol, Inc., et al. |
| TXS 4 07-4424 | Maxette Ratliff v. Davol, Inc., et al. |
| TXS 4 07-4425 | Barbara Rogers v. Davol, Inc., et al. |
| TXS 4 07-4426 | Mike Rood v. Davol, Inc., et al. |
| TXS 4 07-4427 | Theresa Smith v. Davol, Inc., et al. |
| TXS 4 07-4428 | Everett Stafford v. Davol, Inc., et al. |
| TXS 4 07-4429 | Randall Study v. Davol, Inc., et al. |
| TXS 4 07-4430 | Valerie Walker v. Davol, Inc., et al. |
| TXS 4 07-4431 | Dorothy M. Young v. Davol, Inc., et al. |
| TXS 4 07-4432 | Joseph William Halfacre v. Davol, Inc., et al. |
| TEXAS WESTERN | |
| TXW 7 07-104 | Tina Sue Thetford, et al. v. Davol, Inc., et al. |