STAYED

# U.S. District Court
# Eastern District of Michigan (Detroit)
# CIVIL DOCKET FOR CASE #: 2:07-cv-15310-ADT-RSW

Hicks v. C R Bard, Incorporated et al
Assigned to: Honorable Anna Diggs Taylor
Referred to: Honorable R. Steven Whalen
Cause: No cause code entered

Date Filed: 12/13/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Robert D Hicks**

represented by **John A. Zick**
34705 W. Twelve Mile Road
Suite 311
Farmington Hills, MI 48331-3265
248-489-1453
Fax: 248-489-1453
Email: jzick@mcleodusa.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard, Incorporated**
*a Foreign Corporation*

represented by **Christopher J. Predko**
Warner, Norcross,
111 Lyon Street, N.W.
Suite 900
Grand Rapids, MI 49503-2487
616-752-2000
Email: cpredko@wnj.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol, Incorporated**
*a Foreign Corporation*

represented by **Christopher J. Predko**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2007 | 1 | COMPLAINT filed by Robert D Hicks against C R Bard, Incorporated, Davol, Incorporated Receipt No: 6835-AA - Fee: $ 350. (BSoc) (Entered: 12/13/2007) |

| | | |
|---|---|---|
| 01/04/2008 | 2 | MOTION to Stay *Proceedings Pending Transfer to Federal MDL (unopposed)* by all defendants. (Attachments: # 1 Exhibit) (Predko, Christopher) (Entered: 01/04/2008) |
| 01/11/2008 | 3 | ORDER GRANTING 2 DEFENDANTS' UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL. Signed by Honorable Anna Diggs Taylor. (JCur) (Entered: 01/11/2008) |
| 01/14/2008 | 4 | NOTICE of Appearance by Christopher J. Predko on behalf of all defendants. (Predko, Christopher) (Entered: 01/14/2008) |
| 02/12/2008 | 5 | [Informational Copy] MDL Non-Certified Transfer Order To District of Rhode Island - MDL # 1842. (SSch) (Entered: 02/15/2008) |

**PACER Service Center**

**Transaction Receipt**

03/03/2008 13:13:58

| | | | |
|---|---|---|---|
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-15310-ADT-RSW |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |